

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG                                        *271 Cadman Plaza East*
F.#2008R00530                                  *Brooklyn, New York  11201*

February 10, 2011

By ECF

Adam D. Perlmutter, Esq.            Carl Jordan Herman, Esq.
260 Madison Avenue, Suite 1800      443 Northfield Avenue
New York, New York 10016            West Orange, New Jersey 07052

Joseph R. Corozzo, Jr., Esq.        Colleen Quinn Brady, Esq.
Rubenstein & Corozzo                99 Hudson Street, 8th Floor
260 Madison Avenue                  New York, New York 10013
New York, New York 10016

Susan Kellman, Esq.                 David Stern, Esq.
25 8th Avenue                       100 Lafayette Street, Ste. 501
Brooklyn, New York 11217            New York, New York 10013

Jane Fisher-Byrialsen, Esq.
Fisher & Bryialsen, PLLC
110 Wall Street, 11th Floor
New York, New York 10005

            Re:  United States v. Thomas Gioeli, et al.
                 Criminal Docket No. 08-240 (S-6)(BMC)

Dear Counsel:

          The government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

          In or about and between May 2009 and January 2011, a cooperating witness ("CW-7"), who was an associate of the Colombo family and may be called as a witness in the above-captioned case, consensually recorded meetings with associates of the defendants.[1]  The following consensually-recorded conversations

---

    [1]   Although the government does not intend to introduce Exhibits 1038 to 1240 in its case-in-chief at trial, the exhibits contain references by criminal associates of the defendants to the defendants, the defendants' positions in the Colombo family

All Counsel
February 10, 2011
Page 2

made by CW-7 will be available at DupeCoop shortly after the date of this letter.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1038 | Consensual recording made on 5/14/09 |
| 1039 | Consensual recording made on 5/19/09 |
| 1040 | Consensual recording made on 5/20/09 |
| 1041 | Consensual recording made on 5/28/09 |
| 1042 | Consensual recording made on 6/02/09 |
| 1043 | Consensual recording made on 6/05/09 |
| 1044 | Consensual recording made on 6/08/09 |
| 1045 | Consensual recording made on 6/12/09 |
| 1046 | Consensual recording made on 6/18/09 |
| 1047 | Consensual recording made on 6/19/09 |
| 1048 | Consensual recording made on 6/20/09 |
| 1049 | Consensual recording made on 6/24/09 |
| 1050 | Consensual recording made on 6/26/09 |
| 1051 | Consensual recording made on 7/01/09 |
| 1052 | Consensual recording made on 7/06/09 |
| 1053 | Consensual recording made on 7/07/09 |
| 1054 | Consensual recording made on 7/08/09 |
| 1055 | Consensual recording made on 7/10/09 |
| 1056 | Consensual recording made on 7/13/09 |
| 1057 | Consensual recording made on 7/14/09 |
| 1058 | Consensual recording made on 7/15/09 |
| 1059 | Consensual recording made on 7/16/09 |

---

and crimes committed by the defendants.

All Counsel
February 10, 2011
Page 3

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1060 | Consensual recording made on 7/17/09 |
| 1061 | Consensual recording made on 7/22/09 |
| 1062 | Consensual recording made on 7/24/09 |
| 1063 | Consensual recording made on 7/27/09 |
| 1064 | Consensual recording made on 7/29/09 |
| 1065 | Consensual recording made on 7/29/09 |
| 1066 | Consensual recording made on 7/31/09 |
| 1067 | Consensual recording made on 8/03/09 |
| 1068 | Consensual recording made on 8/07/09 |
| 1069 | Consensual recording made on 8/08/09 |
| 1070 | Consensual recording made on 8/10/09 |
| 1071 | Consensual recording made on 8/12/09 |
| 1072 | Consensual recording made on 8/13/09 |
| 1073 | Consensual recording made on 8/17/09 |
| 1074 | Consensual recording made on 8/18/09 |
| 1075 | Consensual recording made on 8/19/09 |
| 1076 | Consensual recording made on 8/20/09 |
| 1077 | Consensual recording made on 8/22/09 |
| 1078 | Consensual recording made on 8/24/09 |
| 1079 | Consensual recording made on 8/25/09 |
| 1080 | Consensual recording made on 8/26/09 |
| 1081 | Consensual recording made on 8/28/09 |
| 1082 | Consensual recording made on 8/31/09 |
| 1083 | Consensual recording made on 9/01/09 |
| 1084 | Consensual recording made on 9/02/09 |
| 1085 | Consensual recording made on 9/03/09 |
| 1086 | Consensual recording made on 9/09/09 |

All Counsel
February 10, 2011
Page 4

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1087 | Consensual recording made on 9/10/09 |
| 1088 | Consensual recording made on 9/11/09 |
| 1089 | Consensual recording made on 9/14/09 |
| 1090 | Consensual recording made on 9/14/09 |
| 1091 | Consensual recording made on 9/17/09 |
| 1092 | Consensual recording made on 9/18/09 |
| 1093 | Consensual recording made on 9/18/09 |
| 1094 | Consensual recording made on 9/19/09 |
| 1095 | Consensual recording made on 9/21/09 |
| 1096 | Consensual recording made on 9/25/09 |
| 1097 | Consensual recording made on 9/28/09 |
| 1098 | Consensual recording made on 10/01/09 |
| 1099 | Consensual recording made on 10/06/09 |
| 1100 | Consensual recording made on 10/08/09 |
| 1101 | Consensual recording made on 10/09/09 |
| 1102 | Consensual recording made on 10/11/09 |
| 1103 | Consensual recording made on 10/16/09 |
| 1104 | Consensual recording made on 10/20/09 |
| 1105 | Consensual recording made on 10/23/09 |
| 1106 | Consensual recording made on 10/29/09 |
| 1107 | Consensual recording made on 10/30/09 |
| 1108 | Consensual recording made on 11/04/09 |
| 1109 | Consensual recording made on 11/06/09 |
| 1110 | Consensual recording made on 11/10/09 |
| 1111 | Consensual recording made on 11/13/09 |
| 1112 | Consensual recording made on 11/19/09 |
| 1113 | Consensual recording made on 11/23/09 |

```
All Counsel
February 10, 2011
Page 5
```

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1114 | Consensual recording made on 11/25/09 |
| 1115 | Consensual recording made on 11/27/09 |
| 1116 | Consensual recording made on 11/30/09 |
| 1117 | Consensual recording made on 12/04/09 |
| 1118 | Consensual recording made on 12/05/09 |
| 1119 | Consensual recording made on 12/07/09 |
| 1120 | Consensual recording made on 12/07/09 |
| 1121 | Consensual recording made on 12/11/09 |
| 1122 | Consensual recording made on 12/18/09 |
| 1123 | Consensual recording made on 12/21/09 |
| 1124 | Consensual recording made on 12/31/09 |
| 1125 | Consensual recording made on 1/04/10 |
| 1126 | Consensual recording made on 1/07/10 |
| 1127 | Consensual recording made on 1/08/10 |
| 1128 | Consensual recording made on 1/16/10 |
| 1129 | Consensual recording made on 1/21/10 |
| 1130 | Consensual recording made on 1/21/10 |
| 1131 | Consensual recording made on 1/22/10 |
| 1132 | Consensual recording made on 1/28/10 |
| 1133 | Consensual recording made on 1/31/10 |
| 1134 | Consensual recording made on 2/05/10 |
| 1135 | Consensual recording made on 2/09/10 |
| 1136 | Consensual recording made on 2/12/10 |
| 1137 | Consensual recording made on 2/16/10 |
| 1138 | Consensual recording made on 2/19/10 |
| 1139 | Consensual recording made on 2/22/10 |
| 1140 | Consensual recording made on 3/01/10 |

All Counsel
February 10, 2011
Page 6

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1141 | Consensual recording made on 3/05/10 |
| 1142 | Consensual recording made on 3/09/10 |
| 1143 | Consensual recording made on 3/12/10 |
| 1144 | Consensual recording made on 3/12/10 |
| 1145 | Consensual recording made on 3/16/10 |
| 1146 | Consensual recording made on 3/19/10 |
| 1147 | Consensual recording made on 3/23/10 |
| 1148 | Consensual recording made on 3/25/10 |
| 1149 | Consensual recording made on 3/31/10 |
| 1150 | Consensual recording made on 4/02/10 |
| 1151 | Consensual recording made on 4/05/10 |
| 1152 | Consensual recording made on 4/07/10 |
| 1153 | Consensual recording made on 4/10/10 |
| 1154 | Consensual recording made on 4/16/10 |
| 1155 | Consensual recording made on 4/21/10 |
| 1156 | Consensual recording made on 4/23/10 |
| 1157 | Consensual recording made on 4/26/10 |
| 1158 | Consensual recording made on 4/27/10 |
| 1159 | Consensual recording made on 4/29/10 |
| 1160 | Consensual recording made on 5/03/10 |
| 1161 | Consensual recording made on 5/05/10 |
| 1162 | Consensual recording made on 5/11/10 |
| 1163 | Consensual recording made on 5/12/10 |
| 1164 | Consensual recording made on 5/14/10 |
| 1165 | Consensual recording made on 5/19/10 |
| 1166 | Consensual recording made on 5/21/10 |
| 1167 | Consensual recording made on 5/24/10 |

All Counsel
February 10, 2011
Page 7

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1168 | Consensual recording made on 5/27/10 |
| 1169 | Consensual recording made on 6/01/10 |
| 1170 | Consensual recording made on 6/04/10 |
| 1171 | Consensual recording made on 6/07/10 |
| 1172 | Consensual recording made on 6/09/10 |
| 1173 | Consensual recording made on 6/12/10 |
| 1174 | Consensual recording made on 6/15/10 |
| 1175 | Consensual recording made on 6/22/10 |
| 1176 | Consensual recording made on 6/23/10 |
| 1177 | Consensual recording made on 6/25/10 |
| 1178 | Consensual recording made on 6/29/10 |
| 1179 | Consensual recording made on 7/01/10 |
| 1180 | Consensual recording made on 7/05/10 |
| 1181 | Consensual recording made on 7/07/10 |
| 1182 | Consensual recording made on 7/08/10 |
| 1183 | Consensual recording made on 7/12/10 |
| 1184 | Consensual recording made on 7/16/10 |
| 1185 | Consensual recording made on 7/16/10 |
| 1186 | Consensual recording made on 7/20/10 |
| 1187 | Consensual recording made on 7/21/10 |
| 1188 | Consensual recording made on 7/22/10 |
| 1189 | Consensual recording made on 7/26/10 |
| 1190 | Consensual recording made on 7/31/10 |
| 1191 | Consensual recording made on 8/05/10 |
| 1192 | Consensual recording made on 8/06/10 |
| 1193 | Consensual recording made on 8/12/10 |
| 1194 | Consensual recording made on 8/13/10 |

All Counsel
February 10, 2011
Page 8

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1195 | Consensual recording made on 8/19/10 |
| 1196 | Consensual recording made on 8/21/10 |
| 1197 | Consensual recording made on 8/24/10 |
| 1198 | Consensual recording made on 8/27/10 |
| 1199 | Consensual recording made on 9/01/10 |
| 1200 | Consensual recording made on 9/03/10 |
| 1201 | Consensual recording made on 9/08/10 |
| 1202 | Consensual recording made on 9/13/10 |
| 1203 | Consensual recording made on 9/11/10 |
| 1204 | Consensual recording made on 9/22/10 |
| 1205 | Consensual recording made on 9/21/10 |
| 1206 | Consensual recording made on 9/23/10 |
| 1207 | Consensual recording made on 9/29/10 |
| 1208 | Consensual recording made on 10/01/10 |
| 1209 | Consensual recording made on 10/07/10 |
| 1210 | Consensual recording made on 10/08/10 |
| 1211 | Consensual recording made on 10/13/10 |
| 1212 | Consensual recording made on 10/14/10 |
| 1213 | Consensual recording made on 10/21/10 |
| 1214 | Consensual recording made on 10/23/10 |
| 1215 | Consensual recording made on 10/26/10 |
| 1216 | Consensual recording made on 10/27/10 |
| 1217 | Consensual recording made on 10/29/10 |
| 1218 | Consensual recording made on 11/01/10 |
| 1219 | Consensual recording made on 11/09/10 |
| 1220 | Consensual recording made on 11/11/10 |
| 1221 | Consensual recording made on 11/12/10 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1222 | Consensual recording made on 11/13/10 |
| 1223 | Consensual recording made on 11/22/10 |
| 1224 | Consensual recording made on 11/22/10 |
| 1225 | Consensual recording made on 11/28/10 |
| 1226 | Consensual recording made on 11/29/10 |
| 1227 | Consensual recording made on 12/01/10 |
| 1228 | Consensual recording made on 12/03/10 |
| 1229 | Consensual recording made on 12/05/10 |
| 1230 | Consensual recording made on 12/06/10 |
| 1231 | Consensual recording made on 12/09/10 |
| 1232 | Consensual recording made on 12/14/10 |
| 1233 | Consensual recording made on 12/15/10 |
| 1204 | Consensual recording made on 12/20/10 |
| 1235 | Consensual recording made on 12/22/10 |
| 1236 | Consensual recording made on 12/29/10 |
| 1237 | Consensual recording made on 1/02/11 |
| 1238 | Consensual recording made on 1/04/11 |
| 1239 | Consensual recording made on 1/07/11 |
| 1240 | Consensual recording made on 1/14/11 |

If you have any questions or requests, please contact us.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/Elizabeth A. Geddes
Elizabeth A. Geddes
James D. Gatta
Cristina M. Posa
Assistant U.S. Attorneys

cc:  Clerk of the Court (BMC) (by ECF)