

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP
F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 10, 2011

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Gioeli, et al.
           <u>Criminal Docket No. 08-240 (S-6) (BMC)</u>

Dear Judge Cogan:

       The government writes in anticipation of the February 11, 2011 status conference in the above-referenced case.  The parties jointly request that the following matters be addressed at the status conference: (a) the Attorney General's decision as to the death penalty; (b) the defendant Dino Saracino's motion for a bill of particulars; (c) the defendant Thomas Gioeli's motion to suppress; (d) the status of discovery; (e) potential motions to sever; and (f) the release of inmate Nicholas Bova's

telephone calls at the Brooklyn Metropolitan Detention Center tapes for review by the defense.

                                          Respectfully submitted,

                                          LORETTA E. LYNCH
                                          United States Attorney

                              By:   /s/ Elizabeth A. Geddes
                                          Elizabeth A. Geddes
                                          James D. Gatta
                                          Cristina M. Posa
                                          Assistant U.S. Attorneys

cc:   Clerk of the Court (BMC) (by ECF)
      All Counsel (by ECF)

Case 1:08-cr-00240-BMC -RER   Document 1070   Filed 02/10/11   Page 2 of 2