

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2005R00248

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 12, 2011

By ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Joel Cacace, et al.
>      Criminal Docket No. 08-240 (S-6) (BMC)

Dear Judge Reyes:

      The government respectfully submits this letter in response to the Court's Order, dated July 8, 2011, directing the government to respond to the defendant Joel Cacace's request to be "taken, forthwith, to a local area hospital for a complete evaluation, diagnosis and treatment plan."  (Ltr. from Susan Kellman, Esq., to the Hon. Ramon E. Reyes, Jr., dated July 7, 2011).  Today, the government requested an update from the Metropolitan Detention Center in Brooklyn, New York, but has not yet received a response.  Accordingly, the government requests an additional three days to respond to the defendant's request.

2

Thank you for your consideration of this letter.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/Elizabeth A. Geddes
Elizabeth A. Geddes
Assistant U.S. Attorney
(718) 254-6430

cc: Clerk of the Court (RER) (by ECF)
Susan Kellman, Esq. (by ECF)