AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 08 Cr. 240 (BMC) |
| Joel Cacace | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joel Cacace

Date: December 5, 2011

*Attorney's signature*

Jane Simkin Smith 1721000
*Printed name and bar number*

P.O. Box 1277
Millbrook, New York 12545

*Address*

jssmith1@optonline.net
*E-mail address*

845-724-3415
*Telephone number*

888-391-5018
*FAX number*