

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP                                    *271 Cadman Plaza East*
F.#2008R00530                                  *Brooklyn, New York  11201*

April 7, 2012

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:   United States v. Joel Cacace
                  Criminal Docket No. 08-240 (S-7) (BMC)

Dear Judge Cogan:

        The government respectfully submits this letter dated
April 4, 2012 in response to the defendant Joel Cacace's motion
for early disclosure of material pursuant to 18 U.S.C. § 3500 for
witnesses Salvatore Vitale, Dino Calabro and Joseph Competiello.
As previously agreed upon, the government will provide 3500
material to Cacace on June 1, 2012, following the conclusion of
the trial of Thomas Gioeli and Dino Saracino.  (See Minute Entry
filed Oct. 4, 2011).  While counsel for Cacace urges the Court to
order earlier disclosure on the ground that there is no prejudice
to the government, the government respectfully requests that the
Court decline to do so.  The undersigned prosecutors are
currently on trial in Gioeli and coordinating the disclosure of
3500 material – two months earlier than scheduled in October 2011
– would be burdensome and is not required under the law.
Furthermore, Cacace currently has access to the transcript of
Vitale, Calabro and Competiello's testimony, including extensive

cross-examination, in <u>Gioeli</u> and will have ample time to review
the remaining 3500 material when it is disclosed in June 2012.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                              By:   /s/_____
                                    Elizabeth A. Geddes
                                    Cristina M. Posa
                                    Assistant U.S. Attorneys


cc:   Susan Kelman, Esq. (by ECF)
      David Stern, Esq. (by ECF)