*Law Offices of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 782-8200*  *Fellow, American College*
*Telefax: (718) 783-8226*  *Of Trial Lawyers*

*e-mail:* kellmanesq@aol.com

April 4, 2012

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v Joel Cacace*
                Criminal Docket No. 08-240 (S-7) (BMC)

Dear Judge Cogan:

      I am writing to reiterate counsel's earlier request for access to the 3500 material being disclosed to the co-defendants, particularly with respect to the cooperators Salvatore Vitale, Joseph Competiello, and Dino Calabro, as set forth in our letter of March 23, 2012.

      Our ability to prepare for trial would be greatly enhanced if counsel had access to the 3500 material. Since there is no longer a need to protect the identity of theses witnesses, and no other countervailing interest of the Government is being served by withholding the material, the fiction

      Accordingly, the interest of justice will be served by an Order directing the government to provide Mr. Cacace's counsel with the 3500 material as to these three witnesses now.

                              Respectfully submitted,

                              *Susan G. Kellman*

                              Susan G. Kellman

cc:    All counsel

Via ECF