ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN                                              Tel: (212) 571-5500
JEREMY SCHNEIDER                                                 Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
————
LUCAS ANDERSON

April 5, 2012

Hon. Brian M. Cogan
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re: United States v. Joel Cacace
                        Ind. 08 CR. 240(BMC)

Dear Judge Cogan:

     Susan Kellman, Jane Simkin Smith, and I are the assigned
attorneys for Mr. Cacace.  I write with Mr. Cacace's consent,
seeking an adjournment of Mr. Cacace's trial which is presently
scheduled for October 22, 2012.  I make this request because the
date set for Mr. Cacace's capital trial conflicts with another
capital trial, United States v. Ronell Wilson, 04 Cr. 1016(NGG),
which is an older indictment.  That case is scheduled to begin
before Hon. Nicholas G. Garaufis on September 17, 2012.  I seek a
control date in November, 2012, at a time convenient to the Court
and parties to evaluate the progress of Mr. Wilson's case and, if
possible, select a date for Mr. Cacace's trial.  I write now
because I do not want your Honor or the government to clear your
calendars for a period when this case may not be tried.

     On February 22, 2011 I was assigned as learned counsel to
represent Ronell Wilson.  Mr. Wilson's 2004 case was remanded to
the trial court for retrial of the penalty phase after reversal
of Mr. Wilson's death sentence by the Second Circuit.  On
February 2, 2012, Judge Garaufis ordered a hearing pursuant to
Atkins v. Virginia, 536 U.S. 304(2002) to begin September 17,
2012, to be followed by trial.  It is anticipated that the
hearing will take approximately one week and that briefing will
take approximately one additional month.  If Judge Garaufis finds

Hon. Brian M. Cogan
April 5, 2012
Page Two

by a preponderance of the evidence that Mr. Wilson suffers from
mental retardation and therefore cannot be executed the case will
be concluded.  If, however, he denies the <u>Atkins</u> motion, jury
selection is expected to begin in November and the case is
expected to be completed in February.  I therefore seek an
adjournment to a control date convenient to the Court in November
to await the outcome of Mr. Wilson's <u>Atkins</u> hearing at which time
an appropriate trial date can be selected.

     If you have any questions regarding this application please
contact my office.

                              Respectfully submitted

                              David Stern