

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

AL
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

April 12, 2012

By Hand Delivery & ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Joel Cacace
            Criminal Docket No. 08-0240 (S-7) (BMC)

Dear Judge Cogan:

       The government respectfully submits this letter in response to defense counsel's letter dated April 11, 2012 (Docket Entry No. 1468) and the Court's Order of the same date.

       In the letter, defense counsel advised the Court that an attorney for the defendant is learned counsel in United States v. Ronell Wilson, 04 CR 1016 (NGG), in which a one-week motion hearing is scheduled to begin on September 17, 2012, and, if the motion is denied, trial is expected to begin in November 2012 and conclude in February 2013.  Defense counsel therefore requested, with the defendant's consent, that the trial in the above-captioned case be adjourned and that a control date be scheduled in November 2012.

In light of defense counsel's representations, the government does not oppose this request.

>Respectfully submitted,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By:      /s/
>Elizabeth A. Geddes
>Cristina M. Posa
>Allon Lifshitz
>Assistant U.S. Attorneys
>(718)254-6430/6668/6164

cc: Clerk of Court (BMC) (via ECF)
    All Counsel (via ECF)