

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/CMP/AL
F.#2008R00530

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

June 1, 2012

Via FedEx and ECF

Susan Kellman, Esq.
25 8th Avenue
Brooklyn, NY 11217

   Re: United States v. Joel Cacace
     Criminal Docket No. 08-240 (S-7) (BMC)

Dear Ms. Kellman:

  Enclosed are digital video discs and compact discs containing copies of the government's disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure in connection with trial in the above-referenced case ("Section 3500 material"). The government will provide you with additional disclosures of Section 3500 material on a rolling basis.

  These materials are provided to you pursuant our agreement to provide the defendant with early disclosure of Section 3500 material as well as the protective order regarding this material issued by the Court on August 12, 2011 (see Docket No. 1227).

  If you have any questions regarding the enclosed material, please contact us.

          Sincerely,

          LORETTA E. LYNCH
          United States Attorney

       By: /s/ Cristina M. Posa
          Elizabeth A. Geddes
          Cristina M. Posa
          Allon Lifshitz
          Assistant U.S. Attorneys

Enclosures

cc: Clerk of the Court (BMC) (by ECF)