

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP/AL                 *271 Cadman Plaza East*
F.#2008R00530                  *Brooklyn, New York 11201*

April 15, 2013

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Joel Cacace
           Criminal Docket No. 08-240 (S-7)(BMC)

Dear Judge Cogan:

      The government writes to inform the Court that the Attorney General has authorized and directed this Office to withdraw the government's Notice of Intent to Seek the Death Penalty against defendant Joel Cacace.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

                By:    /s/
                      Elizabeth A. Geddes
                      James D. Gatta
                      Cristina M. Posa
                      Allon Lifshitz
                      Assistant U.S. Attorneys

cc:   Susan Kellman, Esq. (by ECF)
      David Stern, Esq. (by ECF)
      Clerk of the Court (BMC) (by ECF)